IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:14-CR-79-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JORGE LUIS SELVAN-SELVAN, | ) | |
| | ) | |
| Defendant. | ) | |

The court continues defendant's sentencing hearing until July 2016.

SO ORDERED. This **21** day of June 2016.

JAMES C DEVER III
Chief United States District Judge